| | |
|---|---|
| 1 | MARLENE S. MURACO, Bar No. 154240 |
| | mmuraco@littler.com |
| 2 | ELISA NADEAU, Bar No. 199000 |
| | enadeau@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
| | 50 W. San Fernando, 15th Floor |
| 4 | San Jose, California  95113.2303 |
| | Telephone:    408.998.4150 |
| 5 | Facsimile:    408.288.5686 |
| 6 | Attorneys for Defendants |
| | GENJI, LLC, GENJI RETAIL SUPPORT, |
| 7 | INC., GENJI, INC. |
| 8 | |
| 9 | ALAN HARRIS, Bar No. 146079 |
| | ABIGAIL TREANOR, Bar No. 228610 |
| | HARRIS & RUBLE |
| 10 | 6424 Santa Monica Blvd. |
| | Los Angeles, CA  90038 |
| 11 | Telephone:    323.962.3777 |
| | Facsimile:    323.962.3004 |
| 12 | |
| 13 | DAVID S. HARRIS, Bar No. 215224 |
| | NORTH BAY LAW GROUP |
| 14 | 116 E. Blithedale Ave., Suite 2 |
| | Mill Valley, CA 94941 |
| | Telephone:    415.388.8788 |
| 15 | Facsimile:    415.388.8770 |
| 16 | Attorneys for Plaintiffs |
| | NEN THIO, TJU TJIN LIEM |
| 17 | and DANNY WIJAYA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEN THIO, TJU TJIN LIEM and DENNY WIJAYA, individually and on behalf of all others similarly situated, | | Case No.  C12-5756-NC |
| | Plaintiffs, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | | |
| GENJI, LLC, GENJI RETAIL SUPPORT, INC., GENJI, INC., and Does 1 through and including Doe 10, | | |
| | Defendants. | |

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

(CASE NO.  C12-5756-NC)

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1  Plaintiffs NEN THIO, TJU LIEM and DANNY WIJAYA (jointly, "Plaintiffs") and
2  Defendants GENJI, LLC, GENJI RETAIL SUPPORT, INC., GENJI, INC. (collectively,
3  "Defendants") hereby submit the following Joint Stipulation to Continue Case Management
4  Conference.

5  WHEREAS, on February 13, 2013, the Court held an Initial Case Management
6  Conference in this matter;

7  WHEREAS, at that CMC, counsel for both parties informed the Court that they had
8  agreed to conduct an early mediation in this matter and the Court agreed to provide them time to do
9  so and set a further Case Management Conference for 3:00 p.m. on June 26, 2013; and

10  WHEREAS, shortly thereafter the parties began the process of selecting a mediator;
11  and

12  WHEREAS, on March 12, 2013, the parties agreed to use Jeffrey Ross as a mediator;
13  and

14  WHEREAS, at that time, the first available dates on Mr. Ross' calendar were in July
15  2013; and

16  WHEREAS, the parties have selected and confirmed July 10, 2013 as their mediation
17  date with Mr. Ross;

18  NOW THEREFORE, through their respective attorneys of record, Plaintiffs and
19  Defendants jointly stipulate and request that the Case Management Conference be continued until
20  July 31, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, San Francisco, if that date is convenient to
21  the Court. The parties shall file a Joint Case Management Statement at least one week prior to the
22  Case Management Conference.

Dated: April 11, 2013

/s/ Marlene S. Muraco
MARLENE S. MURACO
LITTLER MENDELSON, P.C.
Attorneys for Defendants
GENJI, LLC, GENJI RETAIL SUPPORT, INC., GENJI, INC.

Dated: April 11, 2013

/s/s David S. Harris
DAVID S. HARRIS
NORTH BAY LAW GROUP
Attorneys for Plaintiffs
NEN THIO, TJU TJIN LIEM
and DANNY WIJAYA

GOOD CAUSE APPEARING THEREFORE, It is hereby Ordered that the Case Management Conference originally scheduled for 3:00 p.m. on June 26, 2013, be continued until July 31, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, San Francisco. The parties shall file a Joint Case Management Statement at least one week prior to the Case Management Conference.

Dated: ___April 19___, 2013

_____
MAGISTRATE JUDGE NATHANAEL M. COUSINS

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Firmwide:119672891.1 046052.1016