Alan Harris (SBN 146079)
HARRIS & RUBLE
6424 Santa Monica Blvd.
Los Angeles, California 90038
Telephone: 323.962.3777
Facsimile: 323.962.3004
aharris@harrisandruble.com

David S. Harris (SBN 215224)
NORTH BAY LAW GROUP
116 E. Blithedale Ave., Suite 2
Mill Valley, California 94941
Telephone: 415.388.8788
Facsimile: 415.388.8770
dsh@northbaylawgroup.com

Attorneys for Plaintiffs
NEN THIO, TJU TJIN LIEM and
DENNY WIJAYA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEN THIO, TJU TJIN LIEM and DENNY WIJAYA, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>GENJI, LLC, GENJI RETAIL SUPPORT, INC., GENJI, INC. and Doe 1 through and including Doe 10,<br><br>            Defendants. | Case No. C 12 5756 NC<br><br>**NOTICE OF SETTLEMENT; JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT CONFERENCE AND SET DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

## STIPULATION

Plaintiffs Nen Thio, Tju Tjin Liem and Denny Wijaya ("Plaintiffs") and Defendants Genji LLC, Genji Retail Support, Inc. and Genji, Inc. ("Defendants") (collectively "the Parties"), stipulate and agree as follows:

**WHEREAS**, on July 10, 2013, the Parties had a full day mediation session with Jeffrey Ross at his mediation offices in Oakland, California, at which the Parties were able to enter into a settlement of the entire case;

**WHEREAS**, this case currently is scheduled for a Case Management Conference on July 31, 2013 at 10:00 A.M. ("the Case Management Conference");

**WHEREAS**, the Parties believe it would conserve judicial resources and promote efficiency to vacate the Case Management Conference in light of the resolution of this case;

**WHEREAS**, the Parties have agreed that Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Motion For Preliminary Approval") shall be filed on or before August 28, 2013, and shall be set for hearing on October 2, 2013, or as soon thereafter as is convenient for the Court;

**WHEREAS**, there is no trial date set for this case;

**IT IS HEREBY STIPULATED** by the Parties herein, through their counsel of record, as follows:

The Case Management Conference currently scheduled for July 31, 2013, shall be vacated and the Motion for Preliminary Approval shall be filed on or before August 28, 2013, and shall be set for hearing on October 2, 2013, or as soon thereafter as is convenient for the Court.

**IT IS SO STIPULATED.**

DATED: July 18, 2013

NORTH BAY LAW GROUP

/s/
David S. Harris
Attorneys for Plaintiffs
NEN THIO, TJU TJIN LIEM and
DENNY WIJAYA

1
2  DATED: July 18, 2013                           LITTLER MENDELSON
3
4                                                 _____/s/_____
                                                  Marlene Muraco
5                                                 Attorney for Defendants
                                                  GENJI, LLC, GENJI RETAIL SUPPORT,
                                                  INC., GENJI, INC.
6
7                              **[PROPOSED] ORDER**
8       The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT
9  IS HEREBY ORDERED that:
10      The Case Management Conference currently scheduled for July 31, 2013, shall be vacated.
11      Plaintiffs shall file the Motion for Preliminary Approval on or before August 28, 2013.
12      The hearing on the Motion for Preliminary Approval shall take place on October 2, 2013, at 1:00
13 P.M. in Courtroom A.
14
15 DATED: July 23, 2013                           _____
                                                  Honorable [...] Cousins
16                                                [...]

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Nathanael M. Cousins]