UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEN THIO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENJI, INC.,<br><br>　　　　　Defendant. | Case No. 3:12-cv-05756 NC<br><br>**ORDER RE PROPOSED ORDER** |

By August 26, 2014, at 3:00 p.m. Plaintiffs must file a copy of the proposed revised class notice and claim form highlighting all the changes made to the class notice and claim form approved by the Court.

Additionally, the stipulation setting forth the amendment of the settlement agreement, Dkt. No. 49 at 2, references the date December 11, 2014. If this is a typo, the parties must refile their stipulation with the correct date by the same deadline.

IT IS SO ORDERED.

DATED: August 26, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge